*937 ante, p. 925;
491 U. S. 110;
ante, p. 901;
ante, p. 408;
ante, p. 408;
ante, p. 918;
ante, p. 926;
ante, p. 361;
ante, p. 361;
ante, p. 925;
491 U. S. 263;
491 U. S. 781;
*938 No. 88-305.
No. 88-664.
No. 88-1745.
No. 88-1760.
No. 88-1817.
No. 88-1854.
No. 88-5189.
No. 88-5237.
No. 88-5437.
No. 88-5581.
No. 88-6154.
No. 88-6957.
No. 88-6977.
No. 88-7062.
No. 88-7110.
No. 88-7111.
No. 88-7114.
No. 88-7116.
No. 88-7120.
No. 88-7169.
No. 88-7203.
No. 88-7206.
No. 88-7331.
No. 88-7355.
No. 88-7394.
No. 88-7408.
No. 88-7458.
490 U. S. 805;
ante, p. 905;
ante, p. 906;
491 U. S. 907;
491 U. S. 907;
491 U. S. 907;
ante, p. 925;
ante, p. 925;
ante, p. 925;
ante, p. 925;
491 U. S. 910;
ante, p. 909;
490 U. S. 1111;
ante, p. 912;
ante, p. 921;
ante, p. 909;
ante, p. 909;
ante, p. 909;
491 U. S. 910;
ante, p. 921;
ante, p. 922;
ante, p. 922;
ante, p. 923;
ante, p. 924;
ante, p. 925;
ante, p. 916; and
ante, p. 925. Petitions for rehearing denied.